No. 64506.—Gallagher & Ascher Company *v.* United States, protest 59/12401–10939 (Chicago).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.